# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| ALFREDO C. MICHEL, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 05-4197-CV-C-NKL |
| CORRECTIONAL MEDICAL SERVICES, INC., et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

On December 21, 2005, plaintiff's claims were dismissed, pursuant to 28 U.S.C. § 1915. Plaintiff has subsequently filed motions seeking relief on his claims. Fed. R. Civ. P. 60(b) allows for an extraordinary grant of relief from judgment "upon an adequate showing of exceptional circumstances." *Reyher v. Champion*, 975 F.2d 483, 488 (8th Cir. 1992) (quoting *United States v. Young*, 806 F.2d 805, 806 (8th Cir. 1986)). Plaintiff's filings fail to assert exceptional circumstances justifying relief.

THEREFORE, IT IS ORDERED that plaintiff's filings, treated as motions for relief from judgment, are denied [32, 33, 34].

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: February 10, 2006
Jefferson City, Missouri